Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-00715

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
| --- | --- | --- | --- |
| 1 | Shop5380162 Store | 2 | Shop5380311 Store |
| 3 | Shop5381154 Store | 4 | Shop5381279 Store |
| 5 | Shop5382173 Store | 6 | Shop5382303 Store |
| 7 | Shop5383005 Store | 8 | Shop5383100 Store |
| 9 | Shop5401015 Store | 10 | Shop5401033 Store |
| 11 | Shop5403027 Store | 12 | Shop5404031 Store |
| 13 | Shop5410046 Store | 14 | Shop5413036 Store |
| 15 | SportsOnline Store | 16 | Store9999 Store |
| 17 | superstarsport Store | 18 | Tik Toksports Store |
| 19 | Untied clothes Store | 20 | UPSPORT Store |
| 21 | VANLEAD FlashDeals Store | 22 | WinnerSport Store |
| 23 | Women's 999 Store | 24 | wxqccll Store |
| 25 | XINER666 Store | 26 | XUNKUA Store |
| 27 | XUZIGANGGE Speciality Store | 28 | Yibi Boutique Store |
| 29 | yikai Sneakers Outdoor Store | 30 | YIS'QI Store |
| 31 | yun feng Store | 32 | zcs Store |
| 33 | zhuyu1 shop Store | 34 | ZunshangniaO Store |
| 35 | Alisports Store | 36 | Aloha Paris |
| 37 | AlohaBaby Store | 38 | AMY COULEE SHOP Store |
| 39 | BINH Store | 40 | CW Direct Store |
| 41 | DIYFLY Store | 42 | D-Outdoor Store |
| 43 | Fashioning Store | 44 | FEETALK FOOTWEAR Store |
| 45 | FlyingBa Store | 46 | HeroName Store |
| 47 | Instagram Store | 48 | JackRabbit Store |
| 49 | JINBEILEE Store | 50 | LHPWTQ Chuang Store |
| 51 | LHPWTQ Official Store | 52 | LHPWTQ Sportswear Store |
| 53 | LooMance Store | 54 | Motuta Trendy Store |
| 55 | Ozon Store | 56 | Powehi Store |
| 57 | QZ clothing store | 58 | QZMUOU Store |
| 59 | Rakuten Store | 60 | Shang Pinton Store |
| 61 | Shinjuku Store | 62 | Shooter Store |
| 63 | Shop4482059 Store | 64 | Shop4785024 Store |
| 65 | Shop4987312 Store | 66 | Shop5415033 Store |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | Sneaker Planet Store | 68 | Sneakers Here Store |
| 69 | Souq Store | 70 | Stadium Goods Store |
| 71 | summertrain Store | 72 | UNWIND Store |
| 73 | xiannvzhan Store | 74 | xiaoxue Store |
| 75 | XJSports Factory Store | 76 | XUZIGANGGEclothing Store |
| 77 | Yn- Store | 78 | zyswyxgs Store |
| 79 | abcgoodsport Store | 80 | AZZYINGTW Store |
| 81 | BF 2 Store | 82 | Bilibala Store |
| 83 | BRAZZERS men's store. Store Store | 84 | coscosport Store |
| 85 | Crazytshirts Store | 86 | Dayasports Store |
| 87 | Different Store | 88 | dongshizhang Store |
| 89 | feng dou2010 Store | 90 | Flourishing movement Store |
| 91 | fneg yun 3 Store | 92 | Galloping penguin Store |
| 93 | goodsport Store | 94 | Handboy Store |
| 95 | HarrisonShirt Store | 96 | heiheisport Store |
| 97 | highsport Store | 98 | HIPFANDI Store |
| 99 | hongsport Store | 100 | incomparable tees Store |
| 101 | jinyan jewelry | 102 | JYJC Store |
| 103 | Kicks Online Store | 104 | laoganma Store |
| 105 | LHPWTQ Store | 106 | lihuajin156 Store |
| 107 | LIN2135 Store | 108 | Manda Trading Company Store |
| 109 | MI YA 888 Store | 110 | Mimi Shopping Store |
| 111 | normalsport Store | 112 | RedSport Store |
| 113 | RUELK Trendy Store | 114 | sdf191976 Store |
| 115 | Shop114161 Store | 116 | Shop1552483 Store |
| 117 | Shop3093071 Store | 118 | Shop3660047 Store |
| 119 | Shop3878032 Store | 120 | Shop3932003 Store |
| 121 | Shop4364017 Store | 122 | Shop4487076 Store |
| 123 | Shop4637082 Store | 124 | Shop4736032 Store |
| 125 | Shop4750019 Store | 126 | Shop4780042 Store |
| 127 | SkySport Store | 128 | SLNsports Store |
| 129 | Sneakers Global sales Store | 130 | SpaceSport Store |
| 131 | stillsport Store | 132 | Stylish Guy Store |
| 133 | TOORUN HONGXIN Store | 134 | Virgin Mary Store |
| 135 | wiwisport Store | 136 | XWZJK168 Store |
| 137 | xy Sportswear Store | 138 | yiyigo official store |
| 139 | zhanruii36 Store | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/5380162 | 2 | aliexpress.com/store/5380311 |
| 3 | aliexpress.com/store/5381154 | 4 | aliexpress.com/store/5381279 |
| 5 | aliexpress.com/store/5382173 | 6 | aliexpress.com/store/5382303 |
| 7 | aliexpress.com/store/5383005 | 8 | aliexpress.com/store/5383100 |
| 9 | aliexpress.com/store/5401015 | 10 | aliexpress.com/store/5401033 |
| 11 | aliexpress.com/store/5403027 | 12 | aliexpress.com/store/5404031 |
| 13 | aliexpress.com/store/5410046 | 14 | aliexpress.com/store/5413036 |
| 15 | aliexpress.com/store/5304005 | 16 | aliexpress.com/store/5367322 |
| 17 | aliexpress.com/store/5021145 | 18 | aliexpress.com/store/5018110 |
| 19 | aliexpress.com/store/5101019 | 20 | aliexpress.com/store/4784006 |
| 21 | aliexpress.com/store/5160096 | 22 | aliexpress.com/store/4795007 |
| 23 | aliexpress.com/store/5027093 | 24 | aliexpress.com/store/5108040 |
| 25 | aliexpress.com/store/5041052 | 26 | aliexpress.com/store/5248055 |
| 27 | aliexpress.com/store/5021116 | 28 | aliexpress.com/store/5346002 |
| 29 | aliexpress.com/store/5065378 | 30 | aliexpress.com/store/5045139 |
| 31 | aliexpress.com/store/5085312 | 32 | aliexpress.com/store/5261108 |
| 33 | aliexpress.com/store/5084001 | 34 | aliexpress.com/store/5426028 |
| 35 | aliexpress.com/store/3672033 | 36 | aliexpress.com/store/1479388 |
| 37 | aliexpress.com/store/1987518 | 38 | aliexpress.com/store/2133248 |
| 39 | aliexpress.com/store/3569025 | 40 | aliexpress.com/store/2349010 |
| 41 | aliexpress.com/store/3246031 | 42 | aliexpress.com/store/4430011 |
| 43 | aliexpress.com/store/3882007 | 44 | aliexpress.com/store/3205008 |
| 45 | aliexpress.com/store/4412081 | 46 | aliexpress.com/store/4435069 |
| 47 | aliexpress.com/store/4739024 | 48 | aliexpress.com/store/4701150 |
| 49 | aliexpress.com/store/4220027 | 50 | aliexpress.com/store/3052050 |
| 51 | aliexpress.com/store/3512033 | 52 | aliexpress.com/store/4427153 |
| 53 | aliexpress.com/store/3674100 | 54 | aliexpress.com/store/4540013 |
| 55 | aliexpress.com/store/4740021 | 56 | aliexpress.com/store/5246230 |
| 57 | aliexpress.com/store/1986019 | 58 | aliexpress.com/store/2690004 |
| 59 | aliexpress.com/store/4758029 | 60 | aliexpress.com/store/4051026 |
| 61 | aliexpress.com/store/5116081 | 62 | aliexpress.com/store/2844094 |
| 63 | aliexpress.com/store/4482059 | 64 | aliexpress.com/store/4785024 |
| 65 | aliexpress.com/store/4987312 | 66 | aliexpress.com/store/5415033 |
| 67 | aliexpress.com/store/4736029 | 68 | aliexpress.com/store/4720043 |
| 69 | aliexpress.com/store/4750017 | 70 | aliexpress.com/store/4746018 |
| 71 | aliexpress.com/store/3379021 | 72 | aliexpress.com/store/3563017 |
| 73 | aliexpress.com/store/3380006 | 74 | aliexpress.com/store/4988372 |
| 75 | aliexpress.com/store/3117080 | 76 | aliexpress.com/store/4805079 |
| 77 | aliexpress.com/store/2137056 | 78 | aliexpress.com/store/3207103 |
| 79 | aliexpress.com/store/4512060 | 80 | aliexpress.com/store/4499110 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 81 | aliexpress.com/store/3117059 | 82 | aliexpress.com/store/3792001 |
| 83 | aliexpress.com/store/3486044 | 84 | aliexpress.com/store/4527017 |
| 85 | aliexpress.com/store/4646107 | 86 | aliexpress.com/store/1938998 |
| 87 | aliexpress.com/store/2878060 | 88 | aliexpress.com/store/4420062 |
| 89 | aliexpress.com/store/2664154 | 90 | aliexpress.com/store/3373021 |
| 91 | aliexpress.com/store/4703148 | 92 | aliexpress.com/store/3113085 |
| 93 | aliexpress.com/store/4599032 | 94 | aliexpress.com/store/4466011 |
| 95 | aliexpress.com/store/3666017 | 96 | aliexpress.com/store/4488141 |
| 97 | aliexpress.com/store/4533022 | 98 | aliexpress.com/store/2207177 |
| 99 | aliexpress.com/store/4504127 | 100 | aliexpress.com/store/3742021 |
| 101 | aliexpress.com/store/418817 | 102 | aliexpress.com/store/4650178 |
| 103 | aliexpress.com/store/4689151 | 104 | aliexpress.com/store/4431055 |
| 105 | aliexpress.com/store/4423107 | 106 | aliexpress.com/store/3207165 |
| 107 | aliexpress.com/store/3875070 | 108 | aliexpress.com/store/1820349 |
| 109 | aliexpress.com/store/4655133 | 110 | aliexpress.com/store/1923265 |
| 111 | aliexpress.com/store/4503110 | 112 | aliexpress.com/store/4757020 |
| 113 | aliexpress.com/store/3987034 | 114 | aliexpress.com/store/4426073 |
| 115 | aliexpress.com/store/114161 | 116 | aliexpress.com/store/1552483 |
| 117 | aliexpress.com/store/3093071 | 118 | aliexpress.com/store/3660047 |
| 119 | aliexpress.com/store/3878032 | 120 | aliexpress.com/store/3932003 |
| 121 | aliexpress.com/store/4364017 | 122 | aliexpress.com/store/4487076 |
| 123 | aliexpress.com/store/4637082 | 124 | aliexpress.com/store/4736032 |
| 125 | aliexpress.com/store/4750019 | 126 | aliexpress.com/store/4780042 |
| 127 | aliexpress.com/store/4767015 | 128 | aliexpress.com/store/3658029 |
| 129 | aliexpress.com/store/3627088 | 130 | aliexpress.com/store/4778012 |
| 131 | aliexpress.com/store/4501098 | 132 | aliexpress.com/store/3240066 |
| 133 | aliexpress.com/store/1480162 | 134 | aliexpress.com/store/4409059 |
| 135 | aliexpress.com/store/4497111 | 136 | aliexpress.com/store/3475023 |
| 137 | aliexpress.com/store/3018275 | 138 | aliexpress.com/store/3210038 |
| 139 | aliexpress.com/store/4608032 | | |